UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN ESTEFANI OCHOA GODOY,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, ET AL,<br>Respondents. | Case No. 5:26-cv-04385-MAR<br><br>JUDGMENT |

Pursuant to the Order Granting Petition for Habeas Corpus and Ordering Immediate Release, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED.** Respondents are **ORDERED** to release **Karen Estefani Ochoa Godoy (A-Number 220-754-893**) from custody subject only to the conditions of her preexisting Order of Release on Recognizance. Respondents are **ORDERED** to immediately return all of Petitioner's belongings, including her identification documents, work authorization documents, and any other documents or belongings confiscated at or around the time of the commencement of her re-detention. Respondents are **ORDERED** not to re-detain Petitioner without predeprivation notice of the basis for revocation of her release and a predeprivation hearing before a neutral arbiter to determine whether detention is warranted. At such a hearing, the government shall bear the burden of establishing, by clear and convincing evidence, a

material change in circumstances such that Petitioner poses a danger to the community or a risk of flight.

Dated: August 26, 2026

MARGO A. ROCCONI
United States Magistrate Judge